208 So.2d 318

## Mrs. Stella DAVIS, wife of and L. B. Davis

v.

### Robert M. LESNACK, d/b/a Marrero Esso Service Center, Humble Oil and Refining Company and Insurance Company of North America.

No. 49081.

March 25, 1968.

Writ refused. On the facts found by the Court of Appeal, the result is correct.